IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHRISTIANE KOLETZKO, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:14-CV-1130-P |
| ) | |
| THOMAS R. BENSON, ET AL., ) | |
| Defendants. ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

The Court hereby DENIES Plaintiff's motion to proceed *in forma pauperis*.

Signed this 16th day of June, 2014.

JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE